# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SIERRA CLUB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-16-134-F |
| | ) |
| CHESAPEAKE OPERATING, LLC; | ) |
| DEVON ENERGY PRODUCTION CO., | ) |
| LP; and NEW DOMINION, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT ITS OPPOSITION TO THE MOTIONS TO DISMISS

Before the Court is Plaintiff Sierra Club's motion to allow it to supplement its opposition to the motions to dismiss (ECF No. 86). The motion is granted.

The Court hereby orders the following:

**1.** With respect to its opposition to Defendants' motions to dismiss, Plaintiff is permitted to supplement its brief, and the Court hereby accepts Exhibits A and B to the instant motion as filed and as a supplement.

**2.** Defendants are permitted to file a response to Plaintiff's supplement no later than February 21, 2017.

So ordered this 14th day of February, 2017.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0134p022.PO.docx