# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SIERRA CLUB, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-16-134-F |
| CHESAPEAKE OPERATING LLC; DEVON ENERGY PRODUCTION CO. LP; NEW DOMINION, LLC, AND SANDRIDGE EXPLORATION AND PRODUCTION, LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the order entered on April 4, 2017 and the order entered this same date, plaintiff, Sierra Club's First Amended Complaint against defendants, Chesapeake Operating LLC, Devon Energy Production Company, L.P., New Dominion, LLC, and SandRidge Exploration and Production, LLC, is dismissed without prejudice based upon the Burford[1] abstention and primary jurisdiction doctrines.

DATED at Oklahoma City, Oklahoma, this 18th day of April, 2017.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0134p024.docx

---

[1] Burford v. Sun Oil Co., 319 U.S. 315 (1943).